IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

HISCOX DEDICATED CORPORATE  *
MEMBER, LTD.,               *
                            *
    Plaintiff,              *
                            *
v.                          *
                            *  CV 615-035
                            *
BOBBY DAVIDSON, and         *
CARMEN LYNN COLLINS,        *
                            *
    Defendants.             *

**O R D E R**

Presently before the Court is the parties' stipulation of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. 36.) This case is hereby **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs. The Clerk shall **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia this 22nd day of January, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA